HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
HEATHER WELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HEATHER WELLER, <br><br> Defendant. | Case No.  6:19-MJ-00054-JDP <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE** <br><br> Date:   June 17, 2020 <br> Time:  10:00 a.m. <br> Judge: Hon. Jeremy D. Peterson |

     The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Heather Weller, hereby stipulate and jointly move this Court to continue Ms. Weller's status conference from March 31, 2020 until June 17th, 2020.

     On January 15, 2020, Ms. Weller's case was continued until March 31, 2020 so that the parties could reach a disposition.  The undersigned defense counsel, having spoken with Ms. Weller, is informed that Ms. Weller has recently entered a course of alcohol counselling. Given ongoing COVID-19 interruptions to court operations, the undersigned defense counsel requests that Ms. Weller's review hearing be continued until June 17th, 2020 so that Ms. Weller may fully engage in her counselling program.  The government does not oppose.

//

//

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | McGREGOR SCOTT<br>United States Attorney |
| 3 | | |
| 4 | Dated: March 30, 2020 | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT |
| 5 | | Acting Legal Officer<br>National Park Service |
| 6 | | Yosemite National Park |
| 7 | | |
| 8 | Dated: March 30, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | | |
| 10 | | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON |
| 11 | | Assistant Federal Defender<br>Attorney for Defendant |
| 12 | | HEATHER WELLER |

| | |
|---|---|
| 1 | ORDER |
| 2 | Good cause appearing, the above stipulation to continue case 6:19-MJ-00054 JDP until |
| 3 | June 17, 2020 is hereby accepted and adopted as the order of this court. |
| 5 | IT IS SO ORDERED. |

Dated:   March 30, 2020

*/s/ Jeremy Peterson*
UNITED STATES MAGISTRATE JUDGE

Dated: March_____, 2020  _____
HON. JEREMY D. PETERSON
United States Magistrate Judge