1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   HEATHER WELLER
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        Case No.  6:19-mj-00054-JDP

12              Plaintiff,           **STIPULATION TO CONTINUE STATUS
                                     CONFERENCE**
13  vs.
                                     Date:    September 2, 2020
14  Heather Weller,                  Time:    10:00 a.m.
                                     Judge:  Hon. Jeremy D. Peterson
15              Defendant.

16

17       The parties, through their respective counsel, Sean Anderson, Acting Legal Officer,

18  counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19  defendant, Heather Weller, hereby stipulate and jointly move this Court to continue Ms. Weller's

20  hearing scheduled for August 12, 2020 until September 2, 2020.

21       On July 7. 2019, Ms. Weller's case was continued for a change of plea on August 11, 2020.

22  The parties are actively working towards a settlement, but have not reached a final agreement yet.

23  The undersigned requests the change of plea be continued until September 2, 2020 to finalize a

24  settlement agreement.  The government does not object.

25  //

26  //

27  //

28

    Weller / Stipulation to Continue          -1-
      Status Conference

1

Respectfully submitted,

2

McGREGOR SCOTT
United States Attorney

3

4      Dated:  August 11, 2020

*/s/ Sean Anderson*
Sean Anderson
Acting Legal Officer

5

National Park Service

6

Yosemite National Park

7

8      Dated:  August 11, 2020

HEATHER E. WILLIAMS
Federal Defender

9

10

*/s/  Benjamin A. Gerson*
BENJAMIN A. GERSON

11

Assistant Federal Defender
Attorney for Defendant

12

Heather Weller

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The above stipulation to continue the status conference in case 6:19-mj-00054 JDP until September 2, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.


Dated:    August 12, 2020        _____

UNITED STATES MAGISTRATE JUDGE

Weller / Stipulation to Continue
Status Conference