Case 6:19-mj-00054-JDP   Document 18   Filed 09/23/20   Page 1 of 3

AO 245B-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:19MJ00054-001** |
| **HEATHER B. WELLER** | Defendant's Attorney: Benjamin Gerson, Assistant Federal Defender |

**THE DEFENDANT:**
- [✓] pleaded guilty to counts  one and two  of the Complaint.
- [ ] pleaded nolo contendere to count(s) ___ , which was accepted by the court.
- [ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR § 4021(c) | Operate a vehicle at a speed in excess of the speed limit | 02/09/2018 | one |
| 36 CFR § 4.2(b)<br>CVC § 14601.2(a) | Drive a motor vehicle at any time when her driving privilege was revoked for a DUI | 02/09/2018 | two |

    The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) ___ .
- [✓] Counts  three and four  are dismissed on the motion of the United States.
- [ ] Indictment is to be dismissed by District Court on motion of the United States.
- [ ] Appeal rights given.          [✓] Appeal rights waived.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| |
|---|
| 9/15/2020 |
| Date of Imposition of Judgment |
| /s/ Jeremy D. Peterson |
| Signature of Judicial Officer |
| **Jeremy D. Peterson**, United States Magistrate Judge |
| Name & Title of Judicial Officer |
| 9/23/2020 |
| Date |

AO 245B-CAED (Rev. 09/2019) Sheet 4 - Misdemeanor Probation

DEFENDANT: **HEATHER B. WELLER**
CASE NUMBER: **6:19MJ00054-001**

Page 2 of 3

## PROBATION

The defendant is hereby sentenced to probation for a term of: 24 months unsupervised probation to be completed 9/15/2022 .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and the government officer within seven days of any change in the defendant's address. If represented, the defendant shall provide such notice through counsel.
4. The defendant shall pay a fine of $980.00 and a special assessment of $20.00 for a total financial obligation of $1000.00, of which, $200.00 shall be paid by 9/15/2021 and the remaining $800 shall be paid by 5/15/2022.
   Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CLERK U.S.D.C.
   2500 Tulare Street, Rm 1501
   Fresno, CA 93721
5. The defendant shall personally appear for two probation review hearings on October 19, 2021, and August 23, 2022, both at 10:00 a.m., before U.S. Magistrate Judge Peterson. Shortly before this hearing, if the defendant has successfully complied with the terms of probation, she may request that the probation review hearing be vacated and that his term of probation be immediately terminated. If represented, the defendant shall make any such request through counsel.
6. The defendant shall complete 30 hours of community service. The defendant shall perform and complete the community service hours by 9/15/2021. The defendant is to submit proof of completion to the court and government officer prior to the Review Hearing. If the defendant is represented, the defendant shall submit such information through counsel.
7. The defendant shall advise the court and the government officer within seven days of being charged, cited or arrested for any alleged violation of law. If represented, the defendant shall provide such notice through counsel.
8. The defendant shall abstain from the use of possession of alcohol and not frequent establishments where the primary business is sale of alcohol.
9. The defendant shall continue attending Narcotics Anonymous or a similar program 2 times weekly, for the first twelve months of probation, until 8/15/2021. Additionally, she shall file sworn proof of attendance to the court and government officer, through counsel, if represented.

AO 245B-CAED (Rev. 09/2019) Sheet 6 - Schedule of Payments

DEFENDANT: **HEATHER B. WELLER**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 3 of 3
CASE NUMBER: **6:19MJ00054-001**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A. [ ]　Lump sum payment of $ ___ due immediately, balance due

　　　[ ]　Not later than ___, or
　　　[ ]　in accordance　　[ ] C,　　[ ] D,　　[ ] E, or　　[ ] F below; or

B. [ ]　Payment to begin immediately (may be combined with　　[ ] C,　　[ ] D,　　or [ ] F below); or

C. [✓]　Payment of $200.00 due by 9/15/2021 and the remaining ___ $800 due by ___ 5/15/2022 for a total fine payment of $1000.00

D. [ ]　Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after release from imprisonment to a term of supervision; or

E. [ ]　Payment during the term of supervised release/probation will commence within ___ *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that time; or

F. [✓]　Special instructions regarding the payment of criminal monetary penalties:

　　　[✓] **Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to:**
　　　　　[✓] CLERK U.S.D.C.
　　　　　　　2500 Tulare Street, Rm 1501
　　　　　　　Fresno, CA 93721
　　　Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]　Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ]　The defendant shall pay the cost of prosecution.

[ ]　The defendant shall pay the following court cost(s):

[ ]　The defendant shall forfeit the defendant's interest in the following property to the United States: The Preliminary Order of Forfeiture is hereby made final as to this defendant and shall be incorporated into the Judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.