# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:19MJ00054-001** |
| **HEATHER B. WELLER** | Defendant's Attorney: Griffin Estes, Assistant Federal Defender |

Date of Original Judgment: __September 13, 2022__
(Or Date of Last Amended Judgment)

**THE DEFENDANT:**
[✓] pleaded guilty to counts __one and two__ of the Complaint.
[ ] pleaded nolo contendere to count(s) ___, which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR § 4021(c) | Operate a vehicle at a speed in excess of the speed limit | 02/09/2018 | one |
| 36 CFR § 4.2(b)<br>CVC § 14601.2(a) | Drive a motor vehicle at any time when her driving privilege was revoked for a DUI | 02/09/2018 | two |

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Counts __three and four__ are dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.      [✓] Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/13/2022
Date of Imposition of Judgment

*Helena M. Barch-Kuchta* (signature)
Signature of Judicial Officer
**Helena M. Barch-Kuchta**, United States Magistrate Judge
Name & Title of Judicial Officer
9/15/2022
Date

AO 245B-CAED (Rev. 09/2019) Sheet 4 - Misdemeanor Probation

DEFENDANT: **HEATHER B. WELLER**  
CASE NUMBER: **6:19MJ00054-001**

Page 2 of 3

## PROBATION

*The defendant is hereby sentenced to probation for a term of: 24 months unsupervised probation extended to and to be completed 11/15/2022 .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and the government officer within seven days of any change in the defendant's address. If represented, the defendant shall provide such notice through counsel.
4. *The defendant shall personally appear for a probation review hearing on November 1, 2022 at 10:00 a.m., before U.S. Magistrate Judge Helena Barch-Kuchta. Two weeks before the Review Hearing defendant shall complete and submit the "Defendant's Probation Review Status Report" available on the court webpage. Prior to the final Review Hearing, if defendant is in compliance and the government agrees, defendant may move to vacate the final Review Hearing and terminate probation.
5. *The defendant shall complete 30 hours of community service. The defendant shall perform and complete the community service hours by 11/15/2022. The defendant is to submit proof of completion to the court and government officer prior to the Review Hearing. If the defendant is represented, the defendant shall submit such information through counsel.
6. The defendant shall advise the court and the government officer within seven days of being charged, cited or arrested for any alleged violation of law. If represented, the defendant shall provide such notice through counsel.
7. The defendant shall abstain from the use of possession of alcohol and not frequent establishments where the primary business is sale of alcohol.

AO 245C (Rev. 09/2019) Criminal Judgment  
Sheet 8 - Reasons for Amendment  
Not for Public Disclosure

DEFENDANT: **HEATHER B. WELLER**  
CASE NUMBER: **6:19MJ00054-001**  
Page 3 of 3

**Reason for Amendment:**

[ ] Correction of Sentence on Remand ( 18 U.S.C. 3742(f)(1) and (2))

[ ] Reduction of Sentence for Changed Circumstances (Fed R. Crim. P. 35(b))

[ ] Correction of Sentence by Sentencing Court (Fed R. Crim. P. 35(a))

[ ] Correction of Sentence for Clerical Mistake (Fed R. Crim. P. 36)

[✓] Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))

[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

[ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. §2255, [ ] 18 U.S.C. §3559(c)(7), [ ] Modification of Restitution Order